IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-185-1H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHAWN SCOTT FONVILLE, | ) | |
| Defendant. | ) | |

Pending before the court is a motion to suppress evidence filed by Defendant, which motion has been referred to the undersigned for memorandum and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). The court hereby ORDERS counsel for the parties to confer and submit to the court, on or before September 13, 2019, proposed dates for hearing of Defendant's motion, unless the parties agree that no hearing is necessary, in which event counsel shall so inform the court by joint notice.

This 28th day of August 2018.

_____
KIMBERLY A. SWANK
United States Magistrate Judge