UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-00185-D

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | ORDER |
| VS. | ) | |
| | ) | |
| SHAWN SCOTT FONVILLE | ) | |

THIS MATTER COMING before the Court on the Defendant's motion for the issuance of a writ to allow Zabar Aaron Irick to leave home confinement to travel to North Carolina and testify in the above-captioned case, the Court finds that good cause exists to allow the motion, and therefore, the Defendant's motion is ALLOWED.

WHEREFORE, IT IS ORDERED that Mr. Irick is allowed to leave home confinement to travel to North Carolina and testify in the above-captioned case. At the conclusion of his testimony, Mr. Irick is to return to home confinement in the Eastern District of New York.

SO ORDERED.

This **27** day of January, 2021.

_____
JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE