UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No: 7:18-CR-185-D

FILED IN OPEN COURT
ON 1/29/21 STK
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

**UNITED STATES OF AMERICA**

vs.

**ORDER**

**SHAWN SCOTT FONVILLE**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on January 25, 2021 be turned over to Special Agent Jason Worrell to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
| --- | --- |
| 8 - A | Thrown Heroin |
| 9 - A | Irick Heroin |
| 20 - A | Heroin |
| 25 - A | Revolver |
| 32 - A | Actual photo of defendant in coat |
| 34 - A | Money Coat |
| 35 - A | Gun Coat |
| 39 - A | Bullets |
| 40 - A | 357 Ammunition |
| 41 - A | Federal Ammunition |
| 42 - A | Winchester Ammunition |
| 43 - A | Digital scale and wax paper bindle bags |
| 55 - A | Heroin from controlled buy |
| 56 | Fonville prescription bottle |
| 57 | Fonville prescription bottle |

This 29th day of January, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____