UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No: 7:18-CR-185-D

**UNITED STATES OF AMERICA**

vs.            ORDER

**SHAWN SCOTT FONVILLE**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on February 1, 2021 be turned over to Special Agent Jason Worrell to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
|---|---|
| 51 - A | Actual Ruger .380 |

This 1st day of February, 2021.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____