IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-185-D
No. 7:24-CV-1007-D

| | | |
|---|---|---|
| SHAWN SCOTT FONVILLE, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

The court DISMISSES petitioner's Rule 36 motion for resentencing [D.E. 180]. See Fed.R.Crim. P. 36. The issues discussed in the motion do not reference a clerical error in the judgment. Instead, petitioner seeks to file another motion under 28 U.S.C. § 2255 but has not received authority from the United States Court of Appeals for the Fourth Circuit to do so. Thus, the court lacks jurisdiction. See, e.g., 28 U.S.C. § 2255(h); Gonzalez v. Crosby, 545 U.S. 524, 534 (2005); United States v. Byers, No. 25-6563, 2026 WL 867905, at *1 (4th Cir. Mar. 30, 2026) (per curiam) (unpublished); Bixby v. Stirling, 90 F.4th 140, 154–56 (4th Cir. 2024); United States v. Winestock, 340 F.3d 200, 205 (4th Cir. 2003), abrogated on other grounds, United States v. McRae, 793 F.3d 392 (4th Cir. 2015).

SO ORDERED. This 12 day of May, 2026.

JAMES C. DEVER III
United States District Judge